IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |  | |
|---|---|---|---|
| JAMES BELL MCCOY, SR., 1299701, | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | No. 3:09-CV-405-K | |
| | ) | | |
| RICK THALER, Director, Texas | ) | | |
| Dept. Of Criminal Justice, Correctional | ) | | |
| Institutions Division, | ) | | |
| Respondent. | ) | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections on September 30, 2011, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Petitioner's Objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 3rd day of October, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE